UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
HAROLD BROWN SR., et al.,                                     :
                                                              :
                                                              :     ORDER REGULATING
                                                              :     PROCEEDINGS
                              Plaintiffs,                     :
                                                              :     19 Civ. 11876 (AKH)
         -against-                                            :
                                                              :
                                                              :
                                                              :
NATIONAL BANK OF PAKISTAN,                                    :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument on Defendant's motion to dismiss, previously scheduled for January 5, 2021, will be held on Thursday, December 17, 2020, at 10:00 a.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than December 15, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    November 9, 2020        _____/s/ Alvin K. Hellerstein_____
             New York, New York        ALVIN K. HELLERSTEIN
                                                 United States District Judge