**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| Name | Nationality | Family[1] | Description |
|---|---|---|---|
| Harold Brown Sr. | U.S. | Harold Brown | Father of Harold Brown Jr. |
| Barbara Brown | U.S. | Harold Brown | Mother of Harold Brown Jr. |
| Paula Rich | U.S. | Harold Brown | Sister of Harold Brown Jr. |
| Regina Brown | U.S. | Harold Brown | Sister of Harold Brown Jr. |
| MindyLou Paresi | U.S. | Paresi | Widow of Dane Clark Paresi |
| Janet G. Paresi | U.S. | Paresi | Mother of Dane Clark Paresi |
| Alexandra VandenBroek | U.S. | Paresi | Step-daughter of Dane Clark Paresi; lived in same household as Mr. Paresi for a substantial period of time and considered Mr. Paresi the functional equivalent of a biological father |
| Elizabeth Santina Paresi | U.S. | Paresi | Daughter of Dane Clark Paresi |
| Santina Cartisser | U.S. | Paresi | Sister of Dane Clark Paresi |
| Terry Paresi | U.S. | Paresi | Brother of Dane Clark Paresi |
| Dana Marie Bernhardt | U.S. | Wise | Widow of Jeremy Jason Wise |
| Mary Lee Wise | U.S. | Wise | Mother of Jeremy Jason Wise |
| E.P., by and through his next friend Dana Marie Bernhardt | U.S. | Wise | Minor step-son of Jeremy Jason Wise; lived in same household as Mr. Wise for a substantial period of time and considered Mr. Wise the functional equivalent of a biological father |
| Mary Heather Wise | U.S. | Wise | Sister of Jeremy Jason Wise |
| Charles E. Adkins | U.S. | Adkins | Father of SFC Charles L. Adkins |
| Sheila G. Good | U.S. | Adkins | Mother of SFC Charles L. Adkins |
| Velvet L. Adkins | U.S. | Adkins | Step-mother of SFC Charles L. Adkins; lived in the same household as SFC Adkins for a substantial period of time and considered SFC Adkins the functional equivalent of a biological son |
| Jose Aleman | U.S. | Aleman | Father of Sgt Nicholas J. Aleman |
| Stephanie Hager | U.S. | Aleman | Sister of Sgt Nicholas J. Aleman |
| Suzanna Lynn Ausborn | U.S. | Ausborn | Widow of Maj. Jeffrey O. Ausborn |

---

[1] As identified in Paragraphs 251 to 319 of the Second Amended Complaint.

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Mitchell Michael-William Maloy | U.S. | Ausborn | Step-son of Maj. Jeffrey O. Ausborn; lived in the same household as Maj. Ausborn for a substantial period of time and considered Maj. Ausborn the functional equivalent of a biological father |
| Summer Lynn Maloy | U.S. | Ausborn | Step-daughter of Maj. Jeffrey O. Ausborn; lived in the same household as Maj. Ausborn for a substantial period of time and considered Maj. Ausborn the functional equivalent of a biological father |
| Frederick C. Benson | U.S. | Benson | Father of SOC (SEAL) Darrik C. Benson |
| Beverly Mills | U.S. | Benson | Mother of SOC (SEAL) Darrik C. Benson |
| Brianna N. Benson | U.S. | Benson | Sister of SOC (SEAL) Darrik C. Benson |
| Maggie Mae Bilyeu | U.S. | Bilyeau | Injured by suicide attack |
| Susan Brodeur | U.S. | Brodeur | Widow of Maj David L. Brodeur |
| D.L.B., by and through his next friend Susan Brodeur | U.S. | Brodeur | Minor son of Maj David L. Brodeur |
| E.L.B., by and through her next friend Susan Brodeur | U.S. | Brodeur | Minor daughter of Maj David L. Brodeur |
| Lawrence A. Brodeur | U.S. | Brodeur | Father of Maj David L. Brodeur |
| Joyce A. Brodeur | U.S. | Brodeur | Mother of Maj David L. Brodeur |
| Estate of Christopher L. Brown, by and through its personal representative Ariell S. Taylor | U.S. | Christopher L. Brown | Injured as a result of an IED attack |
| Ariell S. Taylor | U.S. | Christopher L. Brown | Widow of SSG Christopher L. Brown |
| Christopher Baptist | U.S. | Tara Brown | Brother of MSgt Tara R. Brown |
| Ernest L. Brown II | U.S. | Tara Brown | Widower of MSgt Tara R. Brown |
| Dominic Jacobs | U.S. | Tara Brown | Brother of MSgt Tara R. Brown |
| Jim Arthur Jacobs | U.S. | Tara Brown | Father of MSgt Tara R. Brown |
| Jim Augustino Jacobs | U.S. | Tara Brown | Brother of MSgt Tara R. Brown |
| Laguanda S. Jacobs | U.S. | Tara Brown | Sister of MSgt Tara R. Brown |
| Gladys M. Vereen | U.S. | Tara Brown | Mother of MSgt Tara R. Brown |
| Janice Harriman Bryant | U.S. | Bryant | Widow of Lt Co Frank D. Bryant Jr. |
| S.L.B., by and through his next friend Janice Harriman Bryant | U.S. | Bryant | Minor son of Lt Co Frank D. Bryant Jr. |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| August Cabrera | U.S. | Cabrera | Widow of LTC David E. Cabrera |
| M.G.C., by and through his next friend August Cabrera | U.S. | Cabrera | Minor son of LTC David E. Cabrera |
| R.X.C., by and through his next friend August Cabrera | U.S. | Cabrera | Minor son of LTC David E. Cabrera |
| Corbin Cabrera | U.S. | Cabrera | Son of LTC David E. Cabrera |
| Gillian Leigh Cabrera | U.S. | Cabrera | Daughter of LTC David E. Cabrera |
| Ronald Paul Hopkins | U.S. | Cabrera | Brother of LTC David E. Cabrera |
| Suzanna Renae Martinez | U.S. | Cabrera | Sister of LTC David E. Cabrera |
| JD Prosser | U.S. | Cabrera | Sister of LTC David E. Cabrera |
| Robert Cabrera | U.S. | Cabrera | Foster-father of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological son |
| Daniel Matias Cabrera | U.S. | Cabrera | Foster-brother of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother |
| Gloria Diane Trelfa | U.S. | Cabrera | Foster-sister of LTC David E. Cabrera; lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother |
| Cynthia Carol Campbell | U.S. | Christopher Campbell | Sister of CPO Christopher G. Campbell |
| Arthur Campbell | U.S. | Karl Campbell | Father of SGT Karl A. Campbell |
| Audrey Campbell | U.S. | Karl Campbell | Mother of SGT Karl A. Campbell |
| Tina Marie Campbell | U.S. | Karl Campbell | Sister of SGT Karl A. Campbell |
| Glenn Chisholm | U.S. | Chisholm | Father of PFC Benjamen G. Chisholm |
| Linda Reynolds | U.S. | Chisholm | Mother of PFC Benjamen G. Chisholm |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Karma Chisholm | U.S. | Chisholm | Step-mother of PFC Benjamen G. Chisholm; lived in the same household as PFC Chisholm for a substantial period of time and considered PFC Chisholm the functional equivalent of a biological son |
| Robert Charles Darrough | U.S. | Darrough | Father of SGT James M. Darrough |
| Judith Sara Darrough | U.S. | Darrough | Step-mother of SGT James M. Darrough; lived in the same household as SGT Darrough for a substantial period of time and considered SGT Darrough the functional equivalent of a biological son |
| Kelli Dodge | U.S. | Dodge | Widow of Corey J. Dodge |
| B.C.D., by and through his next friend Kelli Dodge | U.S. | Dodge | Minor son of Corey J. Dodge |
| P.A.D., by and through her next friend Kelli Dodge | U.S. | Dodge | Minor daughter of Corey J. Dodge |
| Phouthasith Douangdara | U.S. | Douangdara | Father of PO1 John Douangdara |
| Carey Greggory DuVal | U.S. | DuVal | Injured in vehicle-borne IED attack |
| Brian Edward Ellis | U.S. | Ellis | Father of PFC Vincent J. Ellis |
| Julie Ann Ellis | U.S. | Ellis | Mother of PFC Vincent J. Ellis |
| Vanessa Marie Anzures | U.S. | Ellis | Sister of PFC Vincent J. Ellis |
| Victor Raymond Ellis | U.S. | Ellis | Brother of PFC Vincent J. Ellis |
| Catherine Elm Boatwright | U.S. | Elm | Sister of SPC Michael D. Elm |
| Margaret Elm Campbell | U.S. | Elm | Sister of SPC Michael D. Elm |
| Dennis John Elm | U.S. | Elm | Father of SPC Michael D. Elm |
| Donna Lee Elm | U.S. | Elm | Mother of SPC Michael D. Elm |
| Matthew Elm | U.S. | Elm | Brother of SPC Michael D. Elm |
| Christine Rangel | U.S. | Elm | Sister of SPC Michael D. Elm |
| Charles Essex | U.S. | Essex | Father of SGT Richard A. Essex |
| Marion Ruth Hopkins | U.S. | Essex | Mother of SGT Richard A. Essex |
| Louella E. Frison | U.S. | Frison | Mother of 1LT Demetrius M. Frison |
| Judith Rowe Gentz | U.S. | Gentz | Mother of Capt Joel C. Gentz |
| Patricia Goins | U.S. | Goins | Widow of Paul Goins Jr. |
| Paul Edward Goins III | U.S. | Goins | Son of Paul Goins Jr. |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Emmitt Dwayne Burns | U.S. | Goins | Step-son of Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| Janice Caruso | U.S. | Goins | Step-daughter of Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| Dana Rainey | U.S. | Goins | Step-daughter of Paul Goins Jr.; lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father |
| L.C.D., by and through his next friend, Bridgett L. DeHoff | U.S. | Gollnitz | Minor son of SGT Jonathan A. Gollnitz |
| Kirk Andrew Gollnitz | U.S. | Gollnitz | Brother of SGT Jonathan A. Gollnitz |
| Tyler Gollnitz | U.S. | Gollnitz | Brother of SGT Jonathan A. Gollnitz |
| Matt Griffin | U.S. | Griffin | Brother of CSM Kevin J. Griffin |
| Shawn Patrick Griffin | U.S. | Griffin | Brother of CSM Kevin J. Griffin |
| Sheila Ristaino | U.S. | Griffin | Sister of CSM Kevin J. Griffin |
| Carol Griffin | U.S. | Griffin | Step-mother of CSM Kevin J. Griffin; lived in the same household as CSM Griffin for a substantial period of time and considered CSM Griffin the functional equivalent of a biological son |
| Daniel Griffin | U.S. | Griffin | Step-brother of CSM Kevin J. Griffin; lived in the same household as CSM Griffin for a substantial period of time and considered CSM Griffin the functional equivalent of a biological brother |
| Carlos Benjamin Gross Rios Sr. | U.S. | Gross Paniagua | Father of SGT William Gross Paniagua |
| Soccoro Gross Paniagua | U.S. | Gross Paniagua | Mother of SGT William Gross Paniagua |
| Carlos Benjamin Gross Paniagua | U.S. | Gross Paniagua | Brother of SGT William Gross Paniagua |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Felicia Gross Paniagua | U.S. | Gross Paniagua | Cousin and foster-sister of SGT William Gross Paniagua; lived in the same household as SGT Gross Paniagua for a substantial period of time and considered SGT Gross Paniagua the functional equivalent of a biological brother |
| Craig Gross | U.S. | Gross | Father of CPL Frank Robert Gross |
| Natalie Gross | U.S. | Gross | Sister of CPL Frank Robert Gross |
| Jerry Hardison | U.S. | Hardison | Father of SGT Jeremy F. Hardison |
| Teresa Hardison | U.S. | Hardison | Mother of SGT Jeremy F. Hardison |
| Justina Hardison | U.S. | Hardison | Sister of SGT Jeremy F. Hardison |
| Alex Henigan | U.S. | Henigan | Son of Jay Henigan |
| Kathleen Lynn Alexander | U.S. | Hughes | Sister of Michael Anthony Hughes |
| Daniel Owen Hughes | U.S. | Hughes | Brother of Michael Anthony Hughes |
| Patricia Shirley Hughes | U.S. | Hughes | Sister of Michael Anthony Hughes |
| Kristine Anne Zitny | U.S. | Hughes | Sister of Michael Anthony Hughes |
| Michael Iubelt | U.S. | Iubelt | Father of PFC Tyler Ray Iubelt |
| Shelby Iubelt | U.S. | Iubelt | Widow of PFC Tyuler Ray Iubelt |
| V.I., by and through her next friend Shelby Iubelt | U.S. | Iubelt | Minor daughter of PFC Tyler Ray Iubelt |
| Charlotte Loquasto | U.S. | Iubelt | Mother of PFC Tyler Ray Iubelt |
| J.A.L., by and through his next friend Charlotte Loquasto | U.S. | Iubelt | Minor brother of PFC Tyler Ray Iubelt |
| Nicole Kamaleson | U.S. | Kamaleson | Widow of Manoharan "Paul" Kamaleson |
| Barclay Kamaleson | U.S. | Kamaleson | Son of Manoharan "Paul" Kamaleson |
| Cade Kamaleson | U.S. | Kamaleson | Son of Manoharan "Paul" Kamaleson |
| Cedric Paul Kamaleson | U.S. | Kamaleson | Son of Manoharan "Paul" Kamaleson |
| Sunderraj Mark Kamaleson | U.S. | Kamaleson | Brother of Manoharan "Paul" Kamaleson |
| John C. McCarthy | U.S. | Kamerman | Step-father of Alexis Leigh Kamerman; lived in the same household as Ms. Kamerman for a substantial period of time and considered Ms. Kamerman the functional equivalent of a biological daughter |
| Alison R. Pohn | U.S. | Kamerman | Mother of Alexis Leigh Kamerman |
| Kevin King | U.S. | King | Kidnapped by Haqqani Network on August 7, 2016 and subsequently injured |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Stephanie Ann Miller | U.S. | King | Sister of Kevin King |
| Abby Knapp-Morris | U.S. | Knapp | Widow of SGT Michael J. Knapp |
| K.K., by and through her next friend Abby Knapp-Morris | U.S. | Knapp | Minor daughter of SGT Michael J. Knapp |
| Natasha Buchanan | U.S. | Landphair | Widow of Jason D. Landphair |
| L.A.E.L.B., by and through her next friend Natasha Buchanan | U.S. | Landphair | Minor daughter of Jason D. Landphair |
| S.L.L.B., by and through her next friend Natasha Buchanan | U.S. | Landphair | Minor daughter of Jason D. Landphair |
| Douglas A. Landphair | U.S. | Landphair | Father of Jason D. Landphair |
| Jean S. Landphair | U.S. | Landphair | Mother of Jason D. Landphair |
| Meredith Landphair | U.S. | Landphair | Sister of Jason D. Landphair |
| SFC David William Haalilio Lau | U.S. | Lau | Injured in suicide bombing attack on April 4, 2012 |
| Hamide Lau | U.S. | Lau | Wife of SFC David William Haalilio Lau |
| K.L., by and through his next friend David William Haalilio Lau | U.S. | Lau | Minor son of SFC David William Haalilio Lau |
| M.L., by and through her next friend David William Haalilio Lau | U.S. | Lau | Minor daughter of SFC David William Haalilio Lau |
| Alexander Lau | U.S. | Lau | Son of SFC David William Haalilio Lau |
| Vivian Perry | U.S. | Lau | Mother of SFC David William Haalilio Lau |
| Holly Lau Abraham | U.S. | Lau | Sister of SFC David William Haalilio Lau |
| Leroy Wingkit Lau Jr. | U.S. | Lau | Brother of SFC David William Haalilio Lau |
| Michelle Lee Rauschenberger | U.S. | Lau | Sister of SFC David William Haalilio Lau |
| Jammie Joann Smith | U.S. | Lau | Sister of SFC David William Haalilio Lau |
| C. Richard Looney | U.S. | Looney | Father of SGT Andrew R. Looney |
| Martha Looney | U.S. | Looney | Mother of SGT Andrew R. Looney |
| Chester R. McBride Sr. | U.S. | McBride | Father of SSgt Chester J. McBride III |
| Annie L. McBride | U.S. | McBride | Mother of SSgt Chester J. McBride III |

7

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Charlette Gilbert | U.S. | McDaniel | Step-daughter of SSG Mecolus C. McDaniel; lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father |
| Charmaine Renee Gilbert | U.S. | McDaniel | Step-daughter of SSG Mecolus C. McDaniel; lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father |
| Jordan Gilbert | U.S. | McDaniel | Step-son of SSG Mecolus C. McDaniel; lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father |
| M.M., by and through his next friend Sonja McDaniel | U.S. | McDaniel | Minor son of SSG Mecolus C. McDaniel |
| Sonja McDaniel | U.S. | McDaniel | Widow of SSG Mecolus C. McDaniel |
| Jasmine Thomas | U.S. | McDaniel | Step-daughter of SSG Mecolus C. McDaniel; lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father |
| Kathleen McEvoy | U.S. | McEvoy | Widow of Richard P. McEvoy |
| Michelle Rose McEvoy | U.S. | McEvoy | Daughter of Richard P. McEvoy |
| Patrick Charles McEvoy | U.S. | McEvoy | Son of Richard P. McEvoy |
| Janice H. Proctor | U.S. | McEvoy | Mother of Richard P. McEvoy |
| Luann Varney | U.S. | McEvoy | Sister of Richard P. McEvoy |
| Cristine Mittler | U.S. | Mittler | Daughter of SSG Shaun M. Mittler |
| Terry Mittler | U.S. | Mittler | Father of SSG Shaun M. Mittler |
| Joyce L. Turner | U.S. | Mittler | Mother of SSG Shaun M. Mittler |
| Misty Marie Barclay | U.S. | Mittler | Sister of SSG Shaun M. Mittler |
| Alexander Lee Mittler | U.S. | Mittler | Brother of SSG Shaun M. Mittler |
| Gabriel Negron | U.S. | Negron | Father of SPC Carlos J. Negron Sr. |
| Marta Torres | U.S. | Negron | Mother of SPC Carlos J. Negron Sr. |
| Jose Negron | U.S. | Negron | Brother of SPC Carlos J. Negron Sr. |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Maribel Negron | U.S. | Negron | Sister of SPC Carlos J. Negron Sr. |
| Marvin Negron | U.S. | Negron | Brother of SPC Carlos J. Negron Sr. |
| Amanda Newman | U.S. | Newman | Widow of SSG Christopher R. Newman |
| Derrick Anthony Davis | U.S. | Newman | Brother of SSG Christopher R. Newman |
| Donald Edward Newman Sr. | U.S. | Newman | Grandfather of SSG Christopher R. Newman; lived in the same household as SSG Newman for a substantial period of time and considered SSG Newman the functional equivalent of a biological son |
| Cynthia Nichols | U.S. | Nichols | Mother of CW2 Bryan J. Nichols |
| Douglas Nichols | U.S. | Nichols | Father of CW2 Bryan J. Nichols |
| Brandon Nichols | U.S. | Nichols | Brother of CW2 Bryan J. Nichols |
| Mary R. Hammerbacher-Nichols | U.S. | Nichols | Widow of CW2 Bryan J. Nichols |
| Monte Douglas Nichols | U.S. | Nichols | Brother of CW2 Bryan J. Nichols |
| Nicole Ann Robles | U.S. | Nichols | Sister of CW2 Bryan J. Nichols |
| A.T.P., by and through her next friend Stewart Lamar Perry | U.S. | Perry | Minor sister of SSG John William Perry |
| G.W.P., by and through his next friend Julianne Good Perry | U.S. | Perry | Minor son of SSG John William Perry |
| Julianne Good Perry | U.S. | Perry | Widow of SSG John William Perry |
| Kathleen Perry | U.S. | Perry | Mother of SSG John William Perry |
| L.R.P., by and through her next friend Julianne Good Perry | U.S. | Perry | Minor daughter of SSG John William Perry |
| Stewart Lamar Perry | U.S. | Perry | Father of SSG John William Perry |
| John Terry Pittman Sr. | U.S. | Pittman | Father of PO1 Jesse Daryl Pittman |
| Ida Belle Pittman | U.S. | Pittman | Mother of PO1 Jesse Daryl Pittman |
| Glenda Willard | U.S. | Plunk | Mother of SPC Jared C. Plunk |
| Michelle Hock | U.S. | Plunk | Sister of SPC Jared C. Plunk |
| Ranee Massoni | U.S. | Plunk | Sister of SPC Jared C. Plunk |
| Jordan Plunk | U.S. | Plunk | Brother of SPC Jared C. Plunk |
| Justin T. Plunk | U.S. | Plunk | Brother of SPC Jared C. Plunk |
| Judith L. Ashley | U.S. | Provost | Sister of Peter Louis Provost |
| Louise P. Conlon | U.S. | Provost | Sister of Peter Louis Provost |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Meghan Janet Hollingsworth | U.S. | Provost | Daughter of Peter Louis Provost |
| MaryJane G. Medeiros | U.S. | Provost | Sister of Peter Louis Provost |
| Sarah Tiffany Peterson | U.S. | Provost | Daughter of Peter Louis Provost |
| Brian Provost | U.S. | Provost | Son of Peter Louis Provost |
| Gail Provost | U.S. | Provost | Widow of Peter Louis Provost |
| Gertrude Provost | U.S. | Provost | Mother of Peter Louis Provost |
| John A. Provost | U.S. | Provost | Brother of Peter Louis Provost |
| Louis Provost | U.S. | Provost | Father of Peter Louis Provost |
| Paul Provost | U.S. | Provost | Brother of Peter Louis Provost |
| Scott Peter Provost | U.S. | Provost | Brother of Peter Louis Provost |
| Spencer Dana Provost | U.S. | Provost | Son of Peter Louis Provost |
| Blaine A. Redding | U.S. | Redding | Father of SPC Blaine E. Redding |
| Summer Reeves Dunn | U.S. | Reeves | Daughter of Jarrold M. Reeves Jr. |
| Hannah Mason | U.S. | Reeves | Daughter of Jarrold M. Reeves Jr. |
| Charlotte Ann Reeves | U.S. | Reeves | Mother of Jarrold M. Reeves Jr. |
| Jennifer Katherine Reeves | U.S. | Reeves | Daughter of Jarrold M. Reeves Jr. |
| Katrina M. Reeves | U.S. | Reeves | Widow of Jarrold M. Reeves Jr. |
| Victoria Jane Reeves | U.S. | Reeves | Sister of Jarrold M. Reeves Jr. |
| Joyce Ann Tulloch | U.S. | Reeves | Sister of Jarrold M. Reeves Jr. |
| Mallory Taylor Williams | U.S. | Reeves | Daughter of Jarrold M. Reeves Jr. |
| Michelle Riley | U.S. | Riley | Mother of SPC Joseph William Riley |
| Rodney Riley | U.S. | Riley | Father of SPC Joseph William Riley |
| Daniel Mark Robinson | U.S. | Robinson | Father of SCPO Heath M. Robinson |
| Lieselotte R. Roldan | U.S. | Roldan | Widow of Angel Roldan Jr. |
| Angel R. Roldan | U.S. | Roldan | Son of Angel Roldan Jr. |
| Matthias P. Roldan | U.S. | Roldan | Son of Angel Roldan Jr. |
| Samantha G. Roldan | U.S. | Roldan | Daughter of Angel Roldan Jr. |
| CPT Christopher J. Rosebrock | U.S. | Rosebrock | Injured in a suicide bombing on April 4, 2012 |
| Alex Jason Rozanski | U.S. | Rozanski | Brother of CPT Nicholas J. Rozanski |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| S.M.P., by and through her next friend Deborah Schoonhoven | U.S. | Schoonhoven | Minor step-daughter of SSG Mark Henry Schoonhoven; lived in the same household as SSG Schoonhoven for a substantial period of time and considered SSG Schoonhoven the functional equivalent of a biological father |
| A.M.S., by and through her next friend Tammie Schoonhoven | U.S. | Schoonhoven | Minor daughter of SSG Mark Henry Schoonhoven |
| A.R.S., by and through her next friend Tammie Schoonhoven | U.S. | Schoonhoven | Minor daughter of SSG Mark Henry Schoonhoven |
| Christopher Scott Schoonhoven | U.S. | Schoonhoven | Brother of SSG Mark Henry Schoonhoven |
| Deborah Fern Schoonhoven | U.S. | Schoonhoven | Mother of SSG Mark Henry Schoonhoven |
| Tammie Sue Schoonhoven | U.S. | Schoonhoven | Widow of SSG Mark Henry Schoonhoven |
| Mary Beth Smedinghoff | U.S. | Smedinghoff | Mother of Anne T. Smedinghoff |
| Thomas Smedinghoff | U.S. | Smedinghoff | Father of Anne T. Smedinghoff |
| Joan M. Smedinghoff | U.S. | Smedinghoff | Sister of Anne T. Smedinghoff |
| Mark T. Smedinghoff | U.S. | Smedinghoff | Brother of Anne T. Smedinghoff |
| Regina C. Smedinghoff | U.S. | Smedinghoff | Sister of Anne T. Smedinghoff |
| Garry Lee Sparks | U.S. | Sparks | Father of SSG Orion N. Sparks |
| Jan Marie Hurnblad Sparks | U.S. | Sparks | Mother of SSG Orion N. Sparks |
| Erik Sparks | U.S. | Sparks | Brother of SSG Orion N. Sparks |
| Zachary Douglas Sparks | U.S. | Sparks | Brother of SSG Orion N. Sparks |
| Jane Sparks | U.S. | Sparks | Step-mother of SSG Orion N. Sparks; lived in the same household as SSG Sparks for a substantial period of time and considered SSG Sparks the functional equivalent of a biological son |
| Annette Spehar | U.S. | Spehar | Mother of PO2 Nicholas P. Spehar |
| Patrick Spehar | U.S. | Spehar | Father of PO2 Nicholas P. Spehar |
| Lisa Martinusen | U.S. | Spehar | Sister of PO2 Nicholas P. Spehar |
| Marie Sentina Mielke | U.S. | Spehar | Sister of PO2 Nicholas P. Spehar |
| Jacob Louis Spehar | U.S. | Spehar | Brother of PO2 Nicholas P. Spehar |
| Luke Spehar | U.S. | Spehar | Brother of PO2 Nicholas P. Spehar |

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| Charles Wesley Strange III | U.S. | Strange | Brother of PO1 Michael J. Strange |
| C.E.S., by and through her next friend Charles Wesley Strange | U.S. | Strange | Minor sister of PO1 Michael J. Strange |
| Charles Wesley Strange | U.S. | Strange | Father of PO1 Michael J. Strange |
| Katelyn Marie Strange | U.S. | Strange | Sister of PO1 Michael J. Strange |
| Erin Nicole Goss | U.S. | Sutton | Daughter of Barry Sutton |
| Summer Breanne Sutton | U.S. | Sutton | Daughter of Barry Sutton |
| Harriet Sutton | U.S. | Sutton | Mother of Barry Sutton |
| Trecia Brock Hood | U.S. | Sutton | Sister of Barry Sutton |
| Wendy Shedd | U.S. | Sutton | Sister of Barry Sutton |
| Freddie Dewey Sutton | U.S. | Sutton | Brother of Barry Sutton |
| CPT Ryan Gregory Timoney | U.S. | Timoney | Injured in suicide bomber attack on May 20, 2012 |
| Diane Timoney | U.S. | Timoney | Mother of CPT Ryan Gregory Timoney |
| Gregory Timoney | U.S. | Timoney | Father of CPT Ryan Gregory Timoney |
| Catherine Kimberly Vaughn Kryzda | U.S. | Vaughn | Widow of CPO Aaron C. Vaughn |
| C.C.V., by and through her next friend Catherine Kimberly Vaughn Kryzda | U.S. | Vaughn | Minor daughter of CPO Aaron C. Vaughn |
| R.C.V., by and through his next friend Catherine Kimberly Vaughn Kryzda | U.S. | Vaughn | Minor son of CPO Aaron C. Vaughn |
| Robert Martin Kahokulani Vickers Jr. | U.S. | Vickers | Brother of SCPO Kraig M. Vickers |
| Robert Martin Kahokulani Vickers Sr. | U.S. | Vickers | Father of SCPO Kraig M. Vickers |
| Hortense Kainoa Wainani Vickers | U.S. | Vickers | Widow of SCPO Kraig M. Vickers |

12

**Exhibit A to Second Amended Complaint**
**Under the Anti-Terrorism Act (18 U.S.C. § 2333)**
*Brown v. National Bank of Pakistan*, Case. No. 19-cv-11876 (S.D.N.Y.)

| | | | |
|---|---|---|---|
| K.N.V., by and through his next friend Hortense Kainoa Wainani Vickers | U.S. | Vickers | Minor son of SCPO Kraig M. Vickers |
| K.E.F.V., by and through her next friend Hortense Kainoa Wainani Vickers | U.S. | Vickers | Minor daughter of SCPO Kraig M. Vickers |
| K.M.G.V., by and through her next friend Hortense Kainoa Wainani Vickers | U.S. | Vickers | Minor daughter of SCPO Kraig M. Vickers |
| Mark Matthew Kaleinani Vickers | U.S. | Vickers | Brother of SCPO Kraig M. Vickers |
| Mary Jane Vickers | U.S. | Vickers | Mother of SCPO Kraig M. Vickers |
| Vance Marshall Keliiolani Vickers | U.S. | Vickers | Brother of SCPO Kraig M. Vickers |
| Michelle Joy Kapunaheleokalani Yarborough | U.S. | Vickers | Sister of SCPO Kraig M. Vickers |
| Makahea Xhelili | U.S. | Vickers | Adopted daughter of SCPO Kraig M. Vickers; lived in the same household as SCPO Vickers for a substantial period of time and considered SCPO Vickers the functional equivalent of a biological father |
| Anthony Curtis White | U.S. | White | Father of SrA Benjamin D. White |
| A.E.W., by and through his next friend Anthony Curtis White | U.S. | White | Minor brother of SrA Benjamin D. White |
| Zachary L. White | U.S. | White | Brother of SrA Benjamin D. White |
| Laura White | U.S. | White | Sister of SrA Benjamin D. White |
| Mark Anthony White | U.S. | White | Brother of SrA Benjamin D. White |
| Jennifer Lynn White | U.S. | White | Step-mother of SrA Benjamin D. White; lived in the same household as SrA White for a substantial period of time and considered SrA White the functional equivalent of a biological son |

13