# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.
Suite 850
Bethesda, MD  20814

March 22, 2021

**VIA ECF**

The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The revised dates are acceptable.  The conference scheduled for April 2, 2021, is hereby cancelled, pending the resolution of the open motion to dismiss.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 3/23/21

Re:   *Brown, et al. v. National Bank of Pakistan*, No. 1:19-cv-11876-AKH (SDNY)

Dear Judge Hellerstein:

Pursuant to the Court's January 13, 2021 Order (ECF No. 34), NBP filed its Motion to Dismiss the Second Amended Complaint (ECF Nos. 39 & 40) on March 12, 2021. The Parties have agreed that Plaintiffs' response to that Motion will be due on April 16, 2021, and NBP's reply brief will be due on May 7, 2021.  The Parties respectfully request that the Court endorse this agreed-upon briefing schedule.

The Parties also respectfully request that the Court adjourn the April 2, 2021 initial case management conference until after the Court has issued a decision on NBP's pending Motion to Dismiss.  An adjournment would preserve judicial and party resources as the Court's decision on the Motion may affect any future schedule for the case.  There have been no previous requests for rescheduling the initial case management conference.

Finally, the Parties have stipulated that the last date to serve Rule 26(a) Initial Disclosures, if such disclosures are required, will be 45 days following notice of this Court's ruling on NBP's pending Motion to Dismiss.  All Parties reserve all rights, privileges, immunities, and defenses.

Respectfully submitted,

 /s/ *Tejinder Singh*                                  /s/ *Christopher M. Curran*
Tejinder Singh                                                Christopher M. Curran
GOLDSTEIN & RUSSELL, P.C.                    Claire A. DeLelle
7475 Wisconsin Ave., Suite 850                  Matthew S. Leddicotte (*pro hac vice*)
Bethesda, MD 20814                                    WHITE & CASE LLP

(202) 362-0636                                                                         www.goldsteinrussell.com
(866) 574-2033 fax

Judge Hellerstein
Page 2 of 2

Tel: 202.362.0636
Fax: 866.574.2033
tsingh@goldsteinrussell.com

Gary M. Osen
Ari Ungar
Michael J. Radine
OSEN LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601
Tel: 201.265.6400
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com

Ryan R. Sparacino (*pro hac vice*)
SPARACINO PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel: 202.629.3530
Ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

701 Thirteenth Street, NW
Washington, DC 20005
Telephone:	+ 1 202 626 3600
Facsimile:	+ 1 202 639 9355
ccurran@whitecase.com
cdelelle@whitecase.com
mleddicotte@whitecase.com

*Counsel for National Bank of Pakistan*