UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:  
HAROLD BROWN, Sr. et al., :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
-against- :
: 19 Civ. 11876 (AKH)
NATIONAL BANK OF PAKISTAN, :
:
:
Defendant. :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The scarcity of court reporting services in the Court makes it impossible to have the oral argument at the date and time scheduled. Accordingly, the oral argument will be held in Courtroom 14D on October 20, 2021 at 12:00 p.m.

SO ORDERED.

Dated:  New York, New York            /s/ Alvin K. Hellerstein
       October 18, 2021                     ALVIN K. HELLERSTEIN
                                                        United States District Judge