The request is granted.

SO ORDERED.

/s/ Alvin K. Hellerstein
October 20, 2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

HAROLD BROWN SR., *et al.*,

Plaintiffs,

v.

NATIONAL BANK OF PAKISTAN,

Defendant.

No. 1:19-cv-11876-AKH

## NOTICE OF MOTION OF BRIANNA M. BENSON TO BE DROPPED AS A PLAINTIFF

Brianna N. Benson, one of the plaintiffs in this action, respectfully moves, pursuant to Federal Rule of Civil Procedure 21, to be dropped from this action and to have her claims dismissed without prejudice pursuant to Federal Rule of Civil Procedure 21. This motion does not relate to the claims of any other plaintiff.

Defendant National Bank of Pakistan consents to this relief, subject to its express reservation of any and all privileges, immunities, and defenses available to it, including as to subject matter and personal jurisdiction, and the applicable statute of limitations.

Respectfully submitted,

s/Tejinder Singh
 (SDNY Bar No. TS0613)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
Tel: 202.362.0636
Fax: 866.574.2033
tsingh@goldsteinrussell.com