UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
HAROLD BROWN SR. et al.,                                      :
                                                              :
                                                              :     ORDER GRANTING THE
                                                              :     MOTION TO DISMISS THE
                        Plaintiffs,                           :     SECOND AMENDED
                                                              :     COMPLAINT WITH LEAVE
        -against-                                             :     TO REPLEAD
                                                              :
                                                              :     19 Civ. 11876 (AKH)
NATIONAL BANK OF PAKISTAN,                                    :
                                                              :
                        Defendant.                            :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       After hearing argument, Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 39) is granted, with leave to replead, consistent with Rule 8(a). The focus should be on material allegations without rhetoric or unnecessary context and background. The central issue is the Defendant's general awareness that the money it was transferring, or the financial services it was providing, would support terrorism.

       Plaintiffs shall file the Third Amended Complaint no later than November 17, 2021. Defendants shall answer or move to dismiss no later than December 15, 2021. The Clerk of Court shall terminate Motion to Dismiss (ECF No. 39).

       SO ORDERED.

Dated:     October 25, 2021          /s/ Alvin K. Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                         United States District Judge