**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HAROLD BROWN SR., et al.,

                Plaintiffs,

   -against-                                                          19 **CIVIL** 11876 (AKH)

                                                                                     **<u>JUDGMENT</u>**

NATIONAL BANK OF PAKISTAN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulated Order dated June 13, 2022, the Court entered an Order on April 19, 2022 granting National Bank of Pakistan's Motion to Dismiss Plaintiffs' Third Amended Complaint. The Court's April 19, 2022 Order dismissed all outstanding claims against National Bank of Pakistan based on the allegations in the Third Amended Complaint. The Court permitted Plaintiffs to file a Fourth Amended Complaint on or before June 20, 2022.  The parties have conferred through counsel and agree as follows: that Plaintiffs will forego filing a Fourth Amended Complaint, and instead stand on their Third Amended Complaint (the dismissal of which they intend to appeal). Judgment is entered pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

      June 14, 2022

                                                                      **RUBY J. KRAJICK**
                                                                      **Clerk of Court**
                                            **BY:**      *K. Mango*
                                                                         **Deputy Clerk**